IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-03233-PAB-NYW

GREAT NORTHERN INSURANCE COMPANY and
UNIQUE HOME DESIGNS, INC.,

    Plaintiffs,

v.

NGL WAREHOUSE, LLC,

    Defendant.

## ORDER

This matter is before the Court on the Joint and Stipulated Motion for Dismissal *Without Prejudice* of Plaintiffs Unique Home Design, Inc. and Great Northern Insurance Company's Second Claim of Relief: Statutory Contribution [Docket No. 37] filed jointly by the parties. The parties request that the Court enter an order dismissing without prejudice plaintiffs' second claim for relief for statutory contribution. *See* Docket No. 1 at 10, ¶¶ 38-42. The Court has reviewed the parties' joint motion and is fully advised of the premises. Wherefore, it is

**ORDERED** that plaintiffs' second claim for relief for statutory contribution is **DISMISSED** without prejudice.

DATED June 17, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge