UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. ~~2~~014-cv-3233-PAB-NYW

GREAT NORTHERN INSURANCE COMPANY and
UNIQUE HOME DESIGNS, INC.,

       Plaintiffs,

v.

NGL WAREHOUSE, LLC,

       Defendant,

v.

AVERITT EXPRESS, INC.,

       Third-Party Defendant.

---

**STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL SETTLEMENT AGREEMENT BETWEEN AVERITT EXPRESS, INC. AND NGL WAREHOUSE, LLC**

---

       Plaintiffs Great Northern Ins. Co. and Unique Home Designs, Inc., and NGL Warehouse, LLC ("NGL"), by and through their respective attorneys of record, hereby stipulate and agree as follows, and the Court, having been fully advised, hereby orders as follows:

       1.    On February 3, 2016 the Court entered the Courtroom Minutes/Minute Order (Document 76), ordering NGL to produce a redacted copy the Confidential Settlement Agreement entered into between Averitt Express, Inc. ("Averitt") and NGL dismissing NGL's third-party claim against Averitt (the "Settlement Agreement").

       2.    Production of the Settlement Agreement shall be governed by this Order. NGL will produce the Settlement Agreement to Plaintiffs, with the payout amounts redacted, on or before February 19, 2016.

1

3. The Settlement Agreement, and information contained therein, shall not be used or disclosed by any party to this Stipulated Protective Order for any purpose whatsoever outside of this litigation and any appeal thereof, provided however that NGL, as a party to the Settlement Agreement, may still make use of the Settlement Agreement in accordance with the terms thereof.

4. The Settlement Agreement, and information contained therein, shall not be disclosed to any party other than:

    a. This Court, including court personnel;

    b. The parties to this action and their respective counsel, including in-house counsel and counsel of record in this matter, as well as law clerks, paralegals, office clerks, and secretaries working under their supervision;

    c. The parties' insurance representatives as needed for claims evaluation.

5. To the extent that any filing with the Court would reveal or tend to reveal any information contained in the Settlement Agreement protected by this Order, any such filing ~~shall be filed under seal, which may be done pursuant to this Order~~ <u>will be made pursuant to D.C.COLO.LCivR 7.2. Nothing in this Order shall be construed as an Order restricting any document or information</u>.

6. Nothing in this Order shall be construed to affect the ability of a party to seek relief for inadvertent disclosure or privileged or protected documents and information.

7. This Order shall continue to be binding throughout and after the conclusion of trial, including any appeal thereof. Upon final termination of this matter, whether by judgment, settlement, or otherwise, the Settlement Agreement may remain in the possession of counsel, and need not be destroyed, but shall remain subject to this Order.

8.     The terms of this Order may be modified only by further Order of the Court.

DATED: February 24, 2016      BY THE COURT:

s/ Nina Y. Wang
United States Magistrate Judge